GLOCK, Appellant, *v.* HAMMOND, Respondent.

(*Common Pleas of New York City and County, General Term.* December 23, 1891.)

Appeal from third district court.
Action by Edward Glock against John Hammond.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*M. Van Hovenburgh,* for appellant.   *F. H. Smith,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

GRAHAM, Appellant, *v.* MERRITT, Respondent.

(*Common Pleas of New York City and County, General Term.* December 23, 1891.)

Appeal from ninth district court.
Action by David S. Graham against Robert B. Merritt.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*L. M. Knowles,* for appellant.   *A. McDonald,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

KING, Respondent, *v.* LINK *et al.,* Appellants.

(*Common Pleas of New York City and County, General Term.* December 23, 1891.)

Appeal from third district court.
Action by Hugh King against George L. Link and others.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*F. A. Camp,* for appellants.   *J. A. O'Gorman,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

TOUSEY, Respondent, *v.* ESCHNER, Appellant.

(*Common Pleas of New York City and County, General Term.* December 23, 1891.)

Appeal from eleventh district court.
Action by Mary H. Tousey against Frederick Eschner.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*R. Greenthal,* for appellant.   *E. M. Ball,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

WEISZ, Respondent, *v.* BRENNER, Appellant.

(*Common Pleas of New York City and County, General Term.* December 23, 1891.)

Appeal from fifth district court.
Action by Jacob Weisz against Levy Brenner.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*J. Rieger,* for appellant.   *J. Levy,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

YOUNG, Respondent, *v.* BRUNS, Appellant.

(*Common Pleas of New York City and County, General Term.* December 23, 1891.)

Appeal from seventh district court.
Action by Morris Young against Emma Bruns.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*A. Czaki,* for appellant.   *R. Steinert,* for respondent.
No opinion.   Judgment affirmed, with costs.